**Opinion issued September 14, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-21-00336-CR**

———————————

**IN RE JOHN ANTHONY BUCHANAN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, John Anthony Buchanan, incarcerated and proceeding pro se, has filed a petition for writ of mandamus, seeking an order to compel the trial court to vacate a previous order appointing counsel, perform a proper indigency determination, and reinstate former counsel.[1]

We deny the mandamus petition. *See* TEX. R. APP. P. 52.8(a).

---

[1] The underlying case is *The State of Texas v. John Anthony Buchanan*, cause number 1618854, pending in the 179th District Court of Harris County, Texas, the Honorable Ana Martinez presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.

Do not publish. *See* TEX. R. APP. P. 47.2(b).